CENTER FOR DISABILITY ACCESS
Russell Handy, SBN 195058
Dennis Price, SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, BELEN ACEVEDO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| BELEN ACEVEDO, | Case No.: 8:20-cv-01153-DOC-JDE |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| C & S PLAZA LIMITED LIABILITY COMPANY; FABRIC OUTLET AND CRAFTS INC.; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

Dated: December 13, 2021          CENTER FOR DISABILITY ACCESS

                                          /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorney for Plaintiff

Notice of Settlement            -1-            8:20-cv-01153-DOC-JDE